1  PHILLIP A. TALBERT
United States Attorney
2  DAVID W. SPENCER
Assistant United States Attorney
3  501 I Street, Suite 10-100
Sacramento, CA 95814
4  Telephone:  (916) 554-2700
Facsimile:  (916) 554-2900
5
Attorneys for Plaintiff
6  United States of America

7

8                    IN THE UNITED STATES DISTRICT COURT

9                       EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,                Case No. 2:19-CR-0231-WBS

12                          Plaintiff,
                                            STIPULATION AND [PROPOSED] PROTECTIVE
13                  v.                       ORDER REGULATING DISCOVERY

14  MIGUEL ANGEL GOMEZ TORRES,

15                          Defendant.

16

17

18       Pursuant to Federal Rule of Criminal Procedure 16(d), the United States, by and through

19  Assistant U.S. Attorney David W. Spencer, and defendant Miguel Angel Gomez Torres, through his

20  counsel of record ("Defendant" and "Defense Counsel"), stipulate and agree, and respectfully request

21  that the Court order as follows.

22       1.      This Court may enter protective orders pursuant to Rule 16(d) of the Federal Rules of

23  Criminal Procedure, and its general supervisory authority;

24       2.      The Government has in its possession discovery that may be required under its discovery

25  obligations, but even if not required, may facilitate the Defendants' trial preparation.  This

26  discovery will be considered "Protected Material" as described in this stipulation and order, as will any

27  other discovery marked as Protected Material.

28

STIPULATION AND [PROPOSED] ORDER                    1
REGULATING DISCOVERY

3.      This material consists of audio recordings, video recordings, and photographs that identify a law enforcement undercover agent and/or confidential source by voice or by photograph/video.

4.      The purpose of this stipulation and order is to establish the procedures that must be followed by Defense Counsel, any designated employees, and any other individual who receives access to any Protected Material in this case and the information therein.

5.      The Government shall produce the aforementioned Protected Material to Defense Counsel, designating the discovery with the bates prefix, "PM_."  This discovery, and any subsequent material discovered by the Government to Defense Counsel using the bates-prefix, shall be considered Protected Material.

6.      All Protected Material in this case is now and will forever remain the property of the Government.  It is entrusted to Defense Counsel only for purposes of representing his/her Defendant during the pendency of this case.

7.      Defense Counsel shall not give any Protected Material to any person other than Defense Counsel's staff assisting in preparation of the present case.  The term "staff" shall explicitly include only attorneys, paralegals, legal assistants, retained experts, and investigators assisting Defense Counsel in the present matter.  The term excludes any other defendant in this matter or any other pending matter against the Defendants; any person involved in any case in which discovery concerning the Defendants is produced; and any other person other than those specifically authorized to see Protected Material under this paragraph.

8.      Any person receiving access to the Protected Material from Defense Counsel shall be bound by the same obligations as Defense Counsel and, further, may not give any Protected Material to anyone.

9.      No members of any of the Defendants' family, friends of the Defendants, personal or professional associates of the Defendants, or any other person affiliated with the Defendants shall be given access to any Protected Material or its contents in any manner, for any reason.

10.      Defense Counsel may make copies of Protected Material and may take written or typed notes summarizing it in connection with preparation of the case.  If necessary to the litigation of the

STIPULATION AND [PROPOSED] ORDER
REGULATING DISCOVERY

2

1 instant matter, Defense Counsel may also have audio or video forms of Protected Material transcribed.

2 All notes, copies, duplicates, summaries, transcripts, or other representations of or concerning the

3 information in the Protected Material comprises "Protected Material" itself, must be affixed with the

4 corresponding bates numbers and the "Protected Material" ledger, and is subject to all terms of this

5 stipulation and order.

6     11.     Defense Counsel shall maintain a list of persons to whom any Protected Material is being

7 or has been given.  Such persons shall be provided with a copy of the executed version of this stipulation

8 and order, shall sign their full names to a copy, and shall in writing acknowledge that they understand its

9 terms and are bound by it.  If Defense Counsel is replaced for any reason, or if new counsel is appointed

10 in any phase of the matter, the new counsel shall not have access to any Protected Material until and

11 unless they sign a copy of this stipulation and order, under the terms described in this paragraph.

12     12.     Defense Counsel may use the Protected Material in the defense of his/her Defendant in

13 the instant case in any manner deemed essential to adequately represent him or her (*i.e.*, in motions that

14 are filed under seal, if necessary; in *ex-parte* applications as may be needed; and in reproducing and

15 summarizing Protected Material for use in trial preparation summaries, exhibits and as evidence, as may

16 be needed), consistent with this stipulation and order as it shall be originally prepared and signed.

17     13.     In the event Defense Counsel needs to use any Protected Material in a manner not

18 authorized under this stipulation and order, Defense Counsel is entitled to seek to have this stipulation

19 and order amended by the District Court, after having given notice to counsel for the Government, in a

20 hearing before the District Court, in order to meet the obligations under the Sixth Amendment to the

21 United States Constitution.

22     14.     Defense Counsel and any authorized members of Defense Counsel's staff are authorized

23 to review with his/her Defendant the contents of the Protected Material.  Defense Counsel and

24 authorized members of his/her staff, however, are prohibited from in any way giving his/her Defendant

25 any Protected Material or any memorialization of the content of any of it, such as: any of the Protected

26 Material itself; copies of any of the Protected Material; copies of excerpts of any of the Protected

27 Material; or summaries of any of the Protected Material.  This prohibition will not extend to the

28

STIPULATION AND ~~[PROPOSED]~~ ORDER     3
REGULATING DISCOVERY

1   Defendant viewing the Protected Material in open court should any of these materials or summaries

2   thereof be used in the litigation of this case.

3                                          Respectfully Submitted,

4                                          PHILLIP A. TALBERT
                                           United States Attorney
5
    DATE: February 20, 2024               */s/ David W. Spencer*____
6                                          DAVID W. SPENCER
                                           Assistant U.S. Attorney
7

8
    Dated:  February 20, 2024              */s/ William F. Portonova*___
9                                          WILLIAM F. PORTONOVA
                                           *Attorney for defendant Miguel Angel Gomez Torres*
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

    STIPULATION AND [PROPOSED] ORDER                 4
    REGULATING DISCOVERY

1

**O R D E R**

2      Based upon the agreement of the parties and pursuant to Rule 16(d) of the Federal Rules of

3 Criminal Procedure, the Court adopts the proposed stipulation regulating certain discovery in this case.

4 IT IS HEREBY ORDERED that each of the terms described in the stipulation of the parties shall govern

5 the Protective Material as defined in the stipulation in this case.

6      **IT IS SO ORDERED**.

7

8      DATED: March 1, 2024

9
_____
The Honorable Jeremy D. Peterson
UNITED STATES MAGISTRATE JUDGE

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28