DINA L. SANTOS
A Professional Law Corp. SBN 204200
455 Capitol Mall, Suite 802
Sacramento, California 95814
(916) 447-0160
defense@dinasantos.com

Attorney for Defendant
MARIA LUISA ESCAMILLA LOPEZ

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>vs.<br><br>JOSE ENCARNACION MAYO RODRIGUEZ, MARIA LUISA ESCAMILLA LOPEZ, JUAN CHAVARRIA, JUAN RAMON LOPEZ, CHARLES JAMES BILLINGSLEY, MIGUEL ANGEL GOMEZ TORRES,<br><br>        Defendants. | Case No.: 2:19-cr-231 WBS<br><br>STIPULATION AND ORDER CONTINUING STATUS CONFERENCE AND EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT<br><br>Date:    May 20, 2024<br>Time:   9:00 a.m.<br>Court:  Hon. William B. Shubb |

      This is a case charging conspiracy to distribute methamphetamine and heroin. It is presently set for status conference on April 8, 2024. The government has provided to defense counsel voluminous discovery consisting of thousands of pages of material, including numerous

ORDER CONTINUING STATUS CONFERENCE

video and audio recordings, photographs, and written investigative reports. Many of the events at issue in the case occurred in San Joaquin County, with additional matters occurring in Southern California and the San Francisco Bay Area. Defense investigation into the charged events can be characterized as state-wide in scope. Defendant, Miguel Angel Gomez Torres, was recently apprehended and arraigned in this case.

The parties to this action, Plaintiff United States of America by and through Assistant United States David Spencer, and Attorney Todd Leras on behalf of Defendant Jose Mayo Rodriguez, Attorney Dina Santos on behalf of Defendant Maria Escamilla Lopez, Attorney Clemente Jimenez on behalf of Defendant Juan Chavarria, Attorney Philip Cozens on behalf of Defendant Juan Lopez, Attorney Johnny L. Griffin, III, on behalf of Defendant Charles Billingsley, Attorney William Portanova, on behalf of Defendant Torres, stipulate as follows:

1. By this stipulation, Defendants now move to vacate the status conference presently set for April 8, 2024. The parties request to continue the status conference to May 20, 2024, at 9:00 a.m., and to exclude time between April 8, 2024 and May 20, 2024, inclusive, under Local Code T-4. The United States does not oppose this request.

2. Based on the above-stated facts regarding the volume of discovery and the time required for defense investigation, the parties jointly request that the Court find that the ends of justice served by continuing the case as requested outweigh the best interest of the public and the Defendants in a trial within the time prescribed by the Speedy Trial Act.

3. For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, *et seq.*, within which trial must commence, the time period of April 8, 2024 to

ORDER CONTINUING STATUS CONFERENCE

May 20, 2024, inclusive, is deemed excludable pursuant to 18 U.S.C. § 3161(h)(7)(A), and (B) (iv) [Local Code T-4] because it results from a continuance granted by the Court at Defendants' request on the basis that the ends of justice served by taking such action outweigh the best interest of the public and the Defendants in a speedy trial.

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

Assistant U.S. Attorney David Spencer and all defense counsel have reviewed this proposed order and authorized Dina Santos to sign it via email on their behalf.

DATED:  April 2, 2024

By   */s/ Dina Santos for*
DAVID SPENCER
Assistant United States Attorney

DATED:  April 2, 2024

By   */s/ Dina Santos*
TODD D. LERAS
Attorney for Defendant
JOSE MAYO RODRIGUEZ

DATED:  April 2, 2024

By   */s/ Dina Santos*
DINA L. SANTOS
Attorney for Defendant
MARIA ESCAMILLA LOPEZ

DATED:  April 2, 2024

By   */s/ Dina Santos for*
CLEMENTE JIMENEZ
Attorney for Defendant
JUAN CHAVARRIA

ORDER CONTINUING STATUS CONFERENCE

DATED:  April 2, 2024

By   /s/ Dina Santos for
PHILIP COZENS
Attorney for Defendant
JUAN RAMON LOPEZ

DATED:  April 2, 2024

By   /s/ Dina Santos for
WILLIAM PORTANOVA
Attorney for Defendant
MIGUEL GOMEZ TORRES

DATED:  April 2, 2024

By   /s/ Dina Santos for
JOHNNY L. GRIFFIN, III
Attorney for Defendant
CHARLES BILLINGSLEY

**ORDER**

BASED ON THE REPRESENTATIONS AND STIPULATION OF THE PARTIES, it is hereby ordered that the status conference in this matter, scheduled for April 8, 2024, is vacated. A new status conference is scheduled for **May 20, 2024, at 9:00 a.m.**  The Court further finds, based on the representations of the parties and Defendants' request, that the ends of justice served by granting the continuance outweigh the best interests of the public and the Defendants in a speedy trial.  Time shall be excluded under the Speedy Trial Act, 18 U.S.C. §

ORDER CONTINUING STATUS CONFERENCE

3161(h)(7)(B)(iv) and Local Code T-4, to allow necessary attorney preparation taking into consideration the exercise of due diligence for the period from April 8, 2024, up to and including May 20, 2024.

IT IS SO ORDERED.

Dated:  APRIL 2, 2024

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

ORDER CONTINUING STATUS CONFERENCE