PHILLIP A. TALBERT
United States Attorney
CAMERON L. DESMOND
DAVID SPENCER
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:19-CR-0231-WBS |
| Plaintiff, | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; ORDER |
| v. | |
| JOSE ENCARNACION MAYO RODRIGUEZ, MARIA LUISA ESCAMILLA-LOPEZ, JUAN CHAVARRIA, JUAN RAMON LOPEZ, CHARLES JAMES BILLINGSLEY, JR., MIGUEL ANGEL GOMEZ TORRES, | DATE: August 26, 2024 TIME: 9:00 a.m. COURT: Hon. William B. Shubb |
| Defendants. | |

**STIPULATION**

1. By previous order, this matter was set for status on August 26, 2024.

2. By this stipulation, the parties request to vacate the August 26, 2024 status hearing and to set this case for a jury trial to begin on May 5, 2025, at 9:00 a.m. In addition, defendants move to exclude time between August 26, 2024, and May 5, 2025, under Local Codes T4, C, and R.

3. The parties agree and stipulate, and request that the Court find the following:

a) The government has represented that the discovery associated with this case includes over 4400 pages of documents, including investigative reports, photographs, cell phone records, and other materials, as well as numerous audio and video recordings. All of this

discovery has been either produced directly to counsel and/or made available for inspection and copying.

  b) Many of the events at issue in the case occurred in San Joaquin County, with additional matters occurring in Southern California and the San Francisco Bay Area. Defense investigation into the charged events can fairly be characterized as state-wide in scope.

  c) During most of the period that this case has been pending national events related to the spread of COVID-19 occurred. Federal and state authorities issued directives designed to address the pandemic. These directives hampered the ability of the defense to conduct investigation as to potential defenses in this matter. Additional time is therefore required for defense investigation into matters charged in the Indictment.

  d) On June 21, 2022, defendant Juan Chavarria was arrested in San Joaquin County for state firearms violations.  He was later released pending trial.  On July 22, 2022, Chavarria was arrested for attempted murder, in San Joaquin County, where he is being held without bail. *See* ECF No. 228 (Pretrial Services Violation Petition).

  e) On January 25, 2024, defendant Miguel Angel Gomez Torres was charged by criminal complaint.  *See* 2:24-mj-0010-JDP.  Gomez Torres made his initial appearance on February 7, 2024, at which time counsel of record William Portonova was appointed to represent Gomez Torres.

  f) On February 15, 2024, the grand jury returned a superseding indictment, adding Gomez Torres as a defendant.  ECF 292.

  g) Counsel for defendants desire additional time to conduct factual investigation and legal research into potential defenses and trial and sentencing issues, to review the discovery, to consult with their clients, and to otherwise prepare for trial.

  h) In addition, counsel for defendant Escamilla-Lopez, Dina Santos, is scheduled for a multi-week criminal trial to begin on January 27, 2025, in *United States v. Singh*, 2:21-cr-078-JAM.  In addition, counsel for defendant Mayo Rodriguez, Todd Leras, and Ms. Santos, are both scheduled for a multi-week criminal trial to begin on March 3, 2025, in *United States v. Lopez-*

*Zamora*, 2:21-cr-007-DAD.  Lead AUSA David Spencer is also the lead AUSA on both the *Singh* and *Lopez-Zamora* cases as well.

  i) Counsel for defendants believe that failure to grant the above-requested continuance would deny them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

  j) The government does not object to the continuance.

  k) The parties further agree and stipulate that pursuant to Federal Rule of Criminal Procedure 12(c)(1), Defendants must file all pretrial motions other than motions *in limine* no later than December 3, 2024, and request the following briefing schedule: (i) Defendants shall file any such motions no later than December 3, 2024; (ii) the government's oppositions or statements of non-opposition shall be filed no later than December 20, 2024; (iii) Defendants' reply briefs, if any, shall be filed no later than January 8, 2025; and (iv) the motions shall be heard, if the Court holds a hearing, on January 21, 2025.

  l) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

  m) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of August 26, 2024 to May 5, 2025, inclusive, is deemed excludable pursuant to 18 U.S.C. § 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.  In addition, the time period of June 21, 2022, through the present, is deemed excludable pursuant to 18 U.S.C. § 3161(h)(1)(B) [Local Code C], and 18 U.S.C. § 3161(h)(6) [Local Code R], because the period of delay results from defendant Chavarria facing other charges in San Joaquin County.  *See United States v. Lopez-Espindola*, 632 F.2d 107 (9th Cir. 1980).

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated:  August 22, 2024                                              PHILLIP A. TALBERT
                                                                                         United States Attorney


                                                                                          /s/ DAVID W. SPENCER
                                                                                         DAVID W. SPENCER
                                                                                         Assistant United States Attorney


Dated:  August 22, 2024                                               /s/ Todd D. Leras
                                                                                         TODD D. LERAS
                                                                                         Law Office of Todd D. Leras
                                                                                         *Attorney for defendant Jose Encarnacion Mayo Rodriguez*


Dated:  August 22, 2024                                               /s/ Dina Lee Santos
                                                                                         DINA LEE SANTOS
                                                                                         Law Offices of Dina L. Santos
                                                                                         *Attorney for defendant Maria Luisa Escamilla-Lopez*


Dated:  August 22, 2024                                               /s/ Clemente Jimenez
                                                                                         CLEMENTE JIMENEZ
                                                                                         Law Office of Clemente M. Jimenez
                                                                                         *Attorney for defendant Juan Chavarria*


Dated:  August 22, 2024                                               /s/ Phillip Cozens
                                                                                         PHILLIP COZENS
                                                                                         Phillip Cozens, Attorney-at-Law
                                                                                         *Attorney for defendant Juan Ramon Lopez*


Dated:  August 22, 2024                                               /s/ Johnny L. Griffin, III
                                                                                         JOHNNY L. GRIFFIN, III
                                                                                         Law Offices of Johnny L. Griffin, III
                                                                                         *Attorney for defendant Charles J. Billingsley, Jr.*

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

4

Dated:  August 22, 2024         /s/ William F. Portanova
                                WILLIAM F. PORTANOVA
                                Portanova & Associates
                                *Attorney for defendant Miguel Angel Gomez Torres*

**FINDINGS AND ORDER**

Having reviewed the parties' stipulation, and for good cause shown, the Court approves the stipulation, makes the requested findings, and orders that:

1. The August 26, 2024 status conference is vacated.

2. This case is set for Jury Trial on **May 6, 2025 at 9:00 a.m.,** and for a Trial Confirmation Hearing on **April 7, 2025 at 9:00 a.m**., and time is excluded under the Speedy Trial Act through May 5, 2025, with the above-requested findings made by the Court.

2. Pursuant to Federal Rule of Criminal Procedure 12(c)(1), Defendants shall file all pretrial motions, other than motions *in limine*, no later than **December 3, 2024**; the government shall file its oppositions or statements of non-opposition no later than **December 20, 2024**; Defendants shall file their reply briefs, if any, no later than **January 8, 2025**; and the Court shall hear the motions, if at all, on **January 21, 2025 at 9:00 a.m**., unless otherwise continued by the Court.

IT IS SO ORDERED.

Dated:  August 22, 2024         _____
                                WILLIAM B. SHUBB
                                UNITED STATES DISTRICT JUDGE