DINA L. SANTOS
A Professional Law Corp. SBN 204200
455 Capitol Mall, Suite 802
Sacramento, California 95814
(916) 447-0160
defense@dinasantos.com

Attorney for Defendant
MARIA LUISA ESCAMILLA LOPEZ

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>MARIA LUISA ESCAMILLA LOPEZ<br>JUAN CHAVERRIA<br>MIGUEL GOMEZ TORRES,<br>CHARLES BILLINGSLEY,<br><br>　　　　Defendants | Case No.: 2:19-cr-231 WBS<br><br>STIPULATION AND ORDER TO RE-SET BRIEFING SCHEDULE (Amended)<br><br><br>Date:　　February 18, 2025<br>Time:　　9:00 a.m.<br>Court:　　Hon. William B. Shubb |

　　　Defendant Maria Escamilla, through her Counsel, Dina Santos, Defendant, Juan Chaverria, through his Counsel, Clemente Jimenez; Defendant Miguel Gomez Torres, through his Counsel, William F. Portanova; Defendant Charles Billingsley, through his Counsel Johnny L. Griffin III, and Plaintiff United States, through its Counsel, hereby stipulate and request that the Court continue the motions schedule as follows:

Defendant's motions due:　　　　December 30, 2024

RE-SET BRIEFING SCHEDULE

Government's response due:   January 21, 2025

Defendant's reply brief due:   February 4, 2025

Motions Hearing Date:   **February 18, 2025, 10:00 am**

The reason for the request is to allow defense Counsel additional time to consult with her client and prepare motions. Time under the Speedy Trial Act shall continue to be excluded through the May 4, 2025 trial date, pursuant to 18 U.S.C. Sections 3161(h)(&)(A), (B)(ii)(local code T2) and (B)(iv)(local code T4).

DATED:  November 27, 2024

By   */s/ David Spencer*
    DAVID SPENCER
    Assistant United States Attorney

DATED:  November 27, 2024

By   */s/ Dina Santos*
    DINA L. SANTOS
    Attorney for Defendant
    MARIA ESCAMILLA LOPEZ

DATED:  November 27, 2024

By   */s/ Clemente Jimenez*
    CLEMENTE JIMENEZ
    Attorney for Defendant
    JUAN CHAVARRIA

DATED:  November 27, 2024

By   */s/ William Portanova*
    WILLIAM PORTANOVA
    Attorney for Defendant
    MIGUEL GOMEZ TORRES

DATED:  November 27, 2024

RE-SET BRIEFING SCHEDULE

By    */s/ Johnny L. Griffin, III*
      JOHNNY L. GRIFFIN, III
      Attorney for Defendant
      CHARLES BILLINGSLEY

**ORDER**

IT IS SO ORDERED:

Dated: NOVEMBER 27, 2024

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

RE-SET BRIEFING SCHEDULE