MICHELE BECKWITH
Acting United States Attorney
DAVID W. SPENCER
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

# IN THE UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MIGUEL ANGEL GOMEZ TORRES,<br><br>Defendant. | Case No. 2:19-CR-0231-10 WBS<br><br>STIPULATION AND ORDER TO CONTINUE MOTIONS HEARING AND BRIEFING SCHEDULE |

**STIPULATION**

By this stipulation, Plaintiff, the United States of America, by and through its attorney of record, Assistant U.S. Attorney David W. Spencer, and Defendant Miguel Angel Gomez Torres, by and through his attorney of record, hereby request to continue the motions hearing set for February 18, 2025, and the accompanying briefing schedule, as follows:

1. On August 22, 2024, based on the stipulation of the parties, the Court set this case for a jury trial on May 6, 2025, and ordered that all pretrial motions must be filed by December 3, 2024. *See* ECF 320.

2. The Court later continued the pretrial motions deadline, briefing schedule, and hearing date based on a subsequent stipulation of the parties to allow the defendants additional time to consider and prepare pretrial motions. *See* ECF 352. As stipulated, the Court

STIPULATION AND ORDER TO CONTINUE MOTIONS
HEARING AND BRIEFING SCHEDULE

1

      extended the pretrial motions deadline to December 30, 2024, and ordered the government's response due by January 21, 2025, reply briefs due by February 4, 2025, and a motions hearing date of February 18, 2025, at 10:00 a.m. *See* ECF 352.

3. On January 6, 2025, seven days after the pretrial motions deadline, defendant Gomez Torres filed a motion to suppress, set for hearing on February 18, 2025. *See* ECF 358.

4. The parties hereby jointly stipulate and request that the February 18, 2025 hearing on defendant's pretrial motion (ECF 358) shall be continued to March 10, 2025. The parties further stipulate and request that the government's opposition shall be due on February 14, 2025, and any replies shall be due on February 24, 2025.

IT IS SO STIPULATED.

                                              MICHELE BECKWITH
                                              Acting United States Attorney

Dated: January 22, 2025                */s/ David W. Spencer*
                                              DAVID W. SPENCER
                                              Assistant U.S. Attorney

Dated: January 22, 2025                */s/ William F. Portonova*
                                              WILLIAM F. PORTONOVA
                                              *Attorney for defendant Miguel Angel Gomez Torres*

**ORDER**

The motions hearing set for February 18, 2025, for the motion docketed at ECF 358, is hereby continued to March 10, 2025, at 10:00 a.m. The government's opposition shall be due on February 14, 2025, and any reply shall be due on February 24, 2025.

Dated: January 22, 2025

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE