ERIC GRANT
United States Attorney
DAVID W. SPENCER
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

MIGUEL ANGEL GOMEZ TORRES,

Defendant.

Case No. 2:19-CR-0231-10 WBS

STIPULATION AND ORDER TO CONTINUE EVIDENTIARY HEARING RE: SENTENCING

**STIPULATION**

By this stipulation, Plaintiff, the United States of America, by and through its attorney of record, Assistant U.S. Attorney David W. Spencer, and Defendant Miguel Angel Gomez Torres, by and through his attorney of record, hereby request to continue the July 27, 2026 Evidentiary Hearing re: Sentencing, to August 24, 2026, at 10:30 a.m. The continuance is necessary due to witness unavailability on the currently scheduled date and to allow sufficient time for the parties to prepare.

IT IS SO STIPULATED.

Dated: July 13, 2026

ERIC GRANT
United States Attorney

*<u>/s/ David W. Spencer</u>*
DAVID W. SPENCER
Assistant U.S. Attorney

Dated: July 13, 2026

*/s/ William F. Portonova*
WILLIAM F. PORTONOVA
*Attorney for Defendant Miguel Angel Gomez Torres*

**ORDER**

The evidentiary hearing re: Judgment & Sentencing is hereby continued to August 24, 2026, at 10:30 a.m.

Dated: July 13, 2026

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE